UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOSHUA LINER,

                Petitioner,

      -v.-

DALE ARTUS, SUPERINTENDENT and
BRIAN FISHER, CORR. COMM.,

                Respondents.

-----------------------------------------------------------x



08 Civ. 5886 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The Court having concluded that the petition should not be summarily dismissed pursuant to Rule 4 of the Rules governing Section 2254 cases in the United States District Courts, it is hereby:

    ORDERED that the respondent file an answer to the petition or other pleading in response thereto, along with the record on appeal, appellate briefs, and relevant trial and post conviction records and transcripts, no later than August 29, 2008.

    IT IS FURTHER ORDERED that the Clerk of the Court serve copies of this Order and of the petition by certified mail upon the respondent, the Attorney General of the State of New York and the District Attorney of New York County.

SO ORDERED.

Dated: New York, New York
       July 21, 2008

                                                    _____
                                                    GERARD E. LYNCH
                                                    United States District Judge

Copy to:
Joshua Liner
04-A-4086
Clinton Correctional Facility
PO Box 2001
Dannemora, NY 12929