


**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Telephone No.
(212) 416-8624

ANDREW M. CUOMO
Attorney General

RECEIVED
AUG 2 8 2008
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

DIVISION OF CRIMINAL JUSTICE
Federal Habeas Corpus Section

August 22, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

**BY UNITED STATES MAIL**

Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Re:   Joshua Liner v. Supt. Dale Artus, et al.
      08 Civ. 5886 (GEL)

Your Honor:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter.

By order dated July 21, 2008, Your Honor directed respondents to file their response to the habeas corpus petition by August 29, 2008. Upon receipt of the order, our office immediately requested all of the relevant state court records and transcripts from the New York County District Attorney's Office and the New York County Supreme Court. While I have received the state court appellate records, I have yet to receive any of the transcripts, including the pre-trial, trial, and sentencing transcripts. Our office has made a follow-up request for the transcripts, but I do not anticipate receiving them in time to review them and draft a complete response to the habeas petition.

Therefore, I respectfully request a 45-day extension of time, until October 13, 2008, so that I can obtain the state court transcripts prior to filing our response to the petition. I have not sought any previous extensions in this case.

I have not contacted petitioner concerning this request as he is proceeding *pro se* and is incarcerated. Thank you for your consideration.

**SO ORDERED**

*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
8/26/08

Respectfully submitted,

*/s/ Ashlyn H. Dannelly*
Ashlyn H. Dannelly
Assistant Attorney General
Habeas Corpus Section
(212) 416-8624

120 Broadway, New York, NY 10271 • Fax (212) 416-8010

cc (by U.S. Mail):    Joshua Liner
04-A-4086
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929